```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
 3  Branch Chief, Fresno Office
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226

 5  Telephone: (559) 487-5561
```



FILED

OCT 09 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00196 DAD |
|---|---|
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL** |
| vs. | Date: October 10, 2019 |
| GARY DUANE HEGWOOD, | Time: 2:00 p.m. |
|  | Crtm: 8 |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

Defendant, Gary Duane Hegwood, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel. Our office has a conflict.

The defendant submits the attached Financial Affidavit as evidence of his inability to retain counsel. On September 24, 2019, a Petition for Violation of Supervised Release was filed wherein the matter was placed on calendar before the Duty Magistrate Judge on October 10, 2019 at 2:00 p.m. Therefore, it is respectfully recommended that CJA Panel Counsel be promptly appointed.

DATED: October 9, 2019

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court above, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: 10/9, 2019

_____
HONORABLE BARBARA A. MCAULIFFE
UNITES STATES MAGISTRATE JUDGE