McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GARY DUANE HEGWOOD,<br><br>   Defendant. | CASE NO. 1:17-CR-00196-DAD<br><br>ORDER |

**<u>ORDER</u>**

Upon the United States' Motion to Dismiss dated November 14, 2019, and the concurrence of the Parties, and for good cause shown, the Supervised Release Violation Petition filed herein on September 20, 2019, in the above-captioned matter is dismissed. IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **November 15, 2019**       /s/ Lawrence J. O'Neill
                              UNITED STATES CHIEF DISTRICT JUDGE

PROPOSED ORDER

1